UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


FILED
May 30, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-CR-00152-TLN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SARAH N NATTRESS, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SARAH N NATTRESS</u>, Case No. <u>2:14-CR-00152-TLN</u>, Charge <u>Title 18 USC §§ 1343; 981(a)(1)(C)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     \_\_ Release on Personal Recognizance

     ✔ Bail Posted in the Sum of $ <u>25,000 (co-signed)</u>

         ✔ Unsecured Appearance Bond

         \_\_ Appearance Bond with 10% Deposit

         \_\_ Appearance Bond with Surety

         \_\_ Corporate Surety Bail Bond

         \_\_ (Other) _____.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 30, 2014</u> at <u>2:58</u> pm.

By    *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge