KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for SARAH NATTRESS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. 2:14-CR-00152-TLN
               Plaintiff,                           )
                                ) STIPULATION AND ORDER
   v.                                                   ) TO CONTINUE STATUS
                                ) CONFERENCE
                                )
SARAH N. NATTRESS                          )
                                ) Date: 8-7-2014
             Defendant.                    ) Time: 9:30 a.m.
_____) Judge: Hon. Troy L. Nunley

       Plaintiff United States of America, by and through its counsel of record, and defendant Sarah N. Nattress, by and through her counsel of record, hereby stipulate as follows:

       1.     By previous order, this matter was set for status on July 10, 2014.

       2.     By this stipulation, defendant now moves to continue the status conference until August 7, 2014, and to exclude time between July 10, 2014 and August 7, 2014, under Local Code T4.  Plaintiff does not oppose this request.

       3.     The parties agree and stipulate, and request that the Court find the following:

-1-

a.      This matter was arraigned on May 30, 2014.  Counsel for defendant recently received the initial discovery of 135 pages.

b.      Counsel for defendant desires additional time to complete the review of discovery, review the discovery with the defendant, to conduct defense investigation, and to discuss potential resolutions with her client.  Counsel is continuing to engage in negotiations with the government.

c.      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The government does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 10, 2014 to August 7, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable

-2-

from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 3, 2014							Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Sarah Nattress

Dated: July 3, 2014							/s/ Matt Morris
Kelly Babineau for:
MATT MORRIS
Assistant U.S. Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED this 3rd day of July, 2014.

Troy L. Nunley
United States District Judge

-3-