BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-152-TLN |
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER |
| v. | |
| SARAH N. NATTRESS, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney MATTHEW MORRIS, and defendant SARAH N. NATTRESS by and through her attorney KELLY BABINEAU, hereby stipulate as follows:

1. Portions of the discovery in this case are expected to contain personal identifying information of witnesses, including but not limited to names, dates of birth, social security numbers, and addresses (hereinafter "Protected Information").

2. In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or dissemination of Protected Information to individuals not party to the court proceedings in this matter.

3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

4. The Protective Order applies to all discovery containing Protected Information.  Discovery

1 that does not contain Protected Information is not subject to the Protective Order.

2      5. **Defense Counsel, defense counsel(s) staff, investigator(s), and expert(s)**: Discovery
3 containing Protected Information may be shared, copied and viewed by members of the defense team
4 listed above only as necessary for the preparation of the defense in this case.  This includes the
5 defendant's counsel as well as any staff, investigator, or expert hired by either counsel.  Discovery
6 containing Protected Information shall not be disseminated to any other person except by further order
7 of the Court.  The terms "staff," "investigator," and "expert" shall not be construed to describe any
8 defendant or other person not: (1) regularly employed by counsel, or (2) licensed as an investigator, or
9 (3) retained as an expert.

10      6. **Defendant**:  The defendant may review items containing un-redacted Protected Information
11 in the presence of defense counsel (criminal or civil), defense counsel(s) staff, investigator(s), or
12 expert(s).  Those persons who have access to un-redacted Protected Information shall not give a copy of
13 the un-redacted Protected Information to the defendant without further order of the Court.

14      7. **Others:**  Neither the defendant, defense counsel, or defense counsel's staff, investigator(s),
15 and expert(s) shall give documents that contain Protected Information (or copies of such documents) to
16 any person, or otherwise transmit Protected Information to any person without providing a copy.  Copies
17 of documents in which all Protected Information has been redacted may be given to other parties without
18 further order of the Court.

19      8. **Court Filings:** Parties will redact Protected Information from any Court filings and refrain
20 from otherwise placing Protected Information in the public record.  If necessary to file Protected
21 Information in Court filings, parties will either redact Protected Information from public filings or seek
22 leave of the Court to file materials containing that information under seal, if redaction would frustrate
23 the purposes of making the filing.

24 \\\
25 \\\
26 \\\
27 \\\
28 \\\

STIPULATION AND PROPOSED PROTECTIVE ORDER    2

9. Nothing in this stipulation will be construed to prevent defense counsel, counsel's staff, investigator(s), or expert(s) a reasonable opportunity to prepare.

**IT IS SO STIPULATED**.

| Dated: July 3, 2014 | | BENJAMIN B. WAGNER<br>United States Attorney |
|---|---|---|
| | By: | /s/ MATTHEW G. MORRIS<br>MATTHEW G. MORRIS<br>Assistant United States Attorney |
| Dated: July 3, 2014 | By: | /s/ Kelly Babineau (auth. by email 7/3/14)<br>KELLY BABINEAU<br>Attorney for SARAH N. NATTRESS |

**IT IS SO ORDERED**.

Dated: July 3, 2014

HON. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE