1  KELLY BABINEAU  (CA State Bar #190418)
2  The Law Office of Kelly Babineau
3  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
4  Tel:(916) 442-4948
   Fax: (916) 492-2909
5  kbabineau@klblawoffice.net

6  Attorney for SARAH NATTRESS

7

8
                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 THE UNITED STATES OF AMERICA,  ) No. 2:14-CR-00152-TLN
                Plaintiff,        )
12                                ) STIPULATION AND ORDER
        v.                        ) ORDER TO CONTINUE
13                                ) STATUS CONFERENCE
                                  )
14 SARAH N. NATTRESS              )
15                                ) Date: 9-18-2014
                Defendant.        ) Time: 9:30 a.m.
16 _____) Judge: Hon. Troy L. Nunley
17
18         Plaintiff United States of America, by and through its counsel of record,
19 and defendant Sarah N. Nattress, by and through her counsel of record, hereby stipulate
20 as follows:
21
22         1.    By previous order, this matter was set for status on August 7, 2014.
23         2.    By this stipulation, defendant now moves to continue the status
24 conference until September 18, 2014, at 9:30 a.m., and to exclude time between August
25
26 7, 2014 and September 18, 2014, under Local Code T4.  Plaintiff does not oppose this
27 request.
28 ///

-1-

3.     The parties agree and stipulate, and request that the Court find the following:

   a.    This matter was arraigned on May 30, 2014. Counsel for defendant has received the initial discovery of 135 pages.

   b.    Counsel for defendant desires additional time to complete the review of discovery, review the discovery with the defendant, to conduct defense investigation, and to discuss potential resolutions with her client. Counsel is continuing to engage in negotiations with the government.

   c.    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d.    The government does not object to the continuance.

   e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 7, 2014 to September 18, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 5, 2014                          Respectfully submitted,

                                                     /s/ Kelly Babineau
                                                     KELLY BABINEAU
                                                     Attorney for Sarah Nattress

Dated: August 5, 2014                          /s/ Matt Morris
                                                     Kelly Babineau for:
                                                     MATT MORRIS
                                                     Assistant U.S. Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED this 7th day of August, 2014.

_____
Troy L. Nunley
United States District Judge