KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for SARAH NATTRESS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　v.<br><br>SARAH N. NATTRESS<br>　　　　　　Defendant. | No. 2:14-CR-00152-TLN<br><br>STIPULATION AND ORDER<br>TO VACATE JUDGMENT AND<br>SENTENCE AND SET FOR<br>STATUS CONFERENCE<br><br>Date: 1/8/2015<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

Plaintiff United States of America, by and through its counsel of record, and defendant Sarah N. Nattress, by and through her counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for Judgment and Sentence on January 8, 2015.

2.　By this stipulation, defendant now moves to vacate the Judgment and Sentence and set a status conference for November 5, 2015.  Ms. Nattress pled on October 23, 2014.  As part of that agreement, there are conditions that Ms. Nattress must meet under Rule 5(k).  These conditions are still in the process of being

-1-

completed.  As such, the parties wish to vacate the Judgment and Sentence and set this matter for a status conference.   As this is post plea, time does not need to be excluded.

3. The parties agree and stipulate, and request that the Court find the following:

a. This matter was arraigned on May 30, 2014.  Ms. Nattress entered a plea on October 23, 2014.

b. A continuance is necessary to allow the parties to meet their obligations pursuant to the plea agreement.

c. The government does not object to the continuance.

e. The Judgment and Sentence date of January 8, 2015 shall be vacated and a status conference date of November 5, 2015, shall be set.

IT IS SO STIPULATED.

Dated:  January 5, 2015                    Respectfully submitted,

                                                           /s/ Kelly Babineau  
                                                           KELLY BABINEAU  
                                                           Attorney for Sarah Nattress

Dated: January 5, 2015                     /s/ Matt Morris  
                                                           Kelly Babineau for:  
                                                           MATT MORRIS  
                                                           Assistant U.S. Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED this 6th day of January, 2015.

_____
Troy L. Nunley
United States District Judge