BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-153 |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | DATE: October 8, 2015 |
| BRIAN M. KAPS, | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |
| Defendant. | RELATED CASE: 2:15-cr-5 |

**STIPULATION**

1.     By previous order, this matter was set for status regarding Judgment and Sentence on October 8, 2015.

2.     By this stipulation, defendants now move to continue the case until November 5, 2015, and set the case for a status regarding Judgment and Sentence on that date.

3.     The parties agree and stipulate, and request that the Court find the following: this case has been ordered to be related to cases 2:15-cr-5 and 2:14-cr-152. Case 2:15-cr-5 is a relatively recent indictment, and the defense in that case requires time to consider the discovery and investigate the case.

4.     It is not yet appropriate to proceed to judgment and sentencing in this case until the status and posture of the related case can be determined with more detail. Related case 2:15-cr-5 was recently continued to November 5, 2015, to allow the parties time to prepare.

///

1        IT IS SO STIPULATED.

2

Dated:  October 6, 2015                           BENJAMIN B. WAGNER
3                                                 United States Attorney

4
                                                  /s/ MATTHEW G. MORRIS
5                                                 MATTHEW G. MORRIS
                                                  Assistant United States Attorney
6

7

8   Dated:  October 6, 2015                       /s/ MARK REICHEL (auth by email)
                                                  MARK REICHEL
9                                                 Counsel for Defendant Brian Kaps

10

11

12

13                          **FINDINGS AND ORDER**

14  DATE: October 6, 2015

15

16

17

18                                    Troy L. Nunley
                                      United States District Judge
19

20

21

22

23

24

25

26

27

28