BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-152 |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | DATE: November 5, 2015 |
| SARAH NATTRESS, | TIME: 9:30 a.m. |
|  | COURT: Hon. Troy L. Nunley |
| Defendant. | RELATED CASES: 2:15-cr-5; 2:14-cr-153 |

**STIPULATION**

1.  By previous order, this matter was set for status regarding Judgment and Sentence on November 5, 2015.

2.  By this stipulation, defendant now moves to continue the case until December 10, 2015, and set the case for a status regarding Judgment and Sentence on that date.

3.  The Court has previously found that this case is related to two other cases: 2:15-cr-5 and 2:14-cr-153. Case 2:15-cr-5 is a relatively recent indictment, and the government and defense in that case are working toward resolution.

4.  It is not yet appropriate to proceed to judgment and sentencing in this case until the status and posture of the related case can be determined with more detail.

///

///

1      IT IS SO STIPULATED.

2

3  Dated:  November 3, 2015                         BENJAMIN B. WAGNER
                                                    United States Attorney
4
                                                     /s/ MATTHEW G. MORRIS
5                                                   MATTHEW G. MORRIS
                                                    Assistant United States Attorney
6

7

8  Dated:  November 3, 2015                          /s/ KELLY BABINEAU (auth by email)
                                                    KELLY BABINEAU
9                                                   Counsel for Defendant Sarah Nattress

10

11

12

13                              **FINDINGS AND ORDER**

14      IT IS SO FOUND AND ORDERED this 3rd day of November, 2015

15

16

17

18                                                  _____
                                                    Troy L. Nunley
19                                                  United States District Judge

20

21

22

23

24

25

26

27

28

CONTINUANCE OF STATUS REGARDING J&S           2