KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for SARAH NATTRESS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　v.<br><br><br>SARAH N. NATTRESS<br><br>　　　　Defendant.<br>_____ | ) No. 2:14-CR-00152TLN<br>)<br>) STIPULATION AND ORDER<br>) TO CONTINUE STATUS CONFERENCE<br>)<br>)<br>)<br>) Date: 1-7-2016<br>) Time: 9:30 a.m.<br>) Judge: Hon. Troy L. Nunley |

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant Sarah N. Nattress, by and through her counsel of record, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for status regarding Judgment and Sentencing on December 10, 2015.

　　　　2.　　By this stipulation, defendant now moves to continue the case until January 7, 2016, at 9:30 a.m., and to set the case for a status regarding Judgment and Sentencing on that date.

　　　　3.　　The Court has previously found that this case is related to two other cases:

-1-

2:15-cr-5 and 2:14-cr-153.  Case 2:15-cr-5 is a relatively recent indictment and the government and defense are working toward resolution.

4.  It is not appropriate to proceed to judgment and sentencing in this case until the status and posture of the related case can be determined with more detail. The parties agree and stipulate, and request that the Court find the following:

a.

IT IS SO STIPULATED.

Dated:  December 8, 2015                    Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Sarah Nattress

Dated: December 8, 2015                    /s/ Matt Morris
MATT MORRIS
Assistant U.S. Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED this 8th day of December, 2015.

Troy L. Nunley
United States District Judge