BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>SARAH NATTRESS,<br><br>                     Defendant. | CASE NO. 2:14-CR-152-TLN<br><br>STIPULATION REGARDING CONTINUANCE; ORDER<br><br>DATE: January 28, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley<br><br>RELATED CASES: 2:15-cr-5; 2:14-cr-153 |

**STIPULATION**

1.      By previous order, this matter was set for status regarding Judgment and Sentence on January 28, 2016.

2.      By this stipulation, defendant now moves to continue the case until February 4, 2016, and set the case for a status regarding Judgment and Sentence on that date.

3.      The Court has previously found that this case is related to two other cases: 2:15-cr-5 and 2:14-cr-153. Case 2:15-cr-5 is a relatively recent indictment, and the government and defense in that case are working toward resolution.

4.      It is not yet appropriate to proceed to judgment and sentencing in this case until the status and posture of the related case can be determined with more detail.

///

///

IT IS SO STIPULATED.

Dated:  January 26, 2016                    BENJAMIN B. WAGNER
                                            United States Attorney


                                            /s/ MATTHEW G. MORRIS
                                            MATTHEW G. MORRIS
                                            Assistant United States Attorney


Dated:  January 26, 2016                    /s/ KELLY BABINEAU (auth by email)
                                            KELLY BABINEAU
                                            Counsel for Defendant Sarah Nattress


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 26th day of January, 2016.


                                            Troy L. Nunley
                                            United States District Judge