UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00152-TLN |
| Plaintiff, | |
| v. | **ORDER RELATING CASES** |
| SARAH N. NATTRESS, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:15-cr-00005-TLN |
| Plaintiff, | |
| v. | |
| STEEL A. DAVIS, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:18-cr-00012-MCE |
| Plaintiff, | |
| v. | |
| JASON M. HAIR, | |
| Defendant. | |

1

The indictment returned by the grand jury in 2014 against Defendant Nattress charges her with multiple counts of wire fraud in violation of 18 U.S.C. § 1343. The fraud alleged by the Government related to enlistment referral bonuses paid to members of the California National Guard. Specifically, the Government alleges that Defendant Nattress made false statements and claimed referral bonuses that she had not earned. Nattress has entered a guilty plea and is scheduled for sentencing in February 2018.

On January 8, 2015, the grand jury returned an indictment against Defendant Steel Davis, charging him with eight counts of wire fraud. According to the Government, four of those charged wirings are a subset of the wirings named in the Nattress indictment. (ECF No. 58 of Case 2:14-cr-00152-TLN.) The Government alleges that Defendant Davis schemed with others, including Nattress, to submit fraudulent referral bonuses and to split the proceeds of the fraud with those co-schemers. The Government indicates that the "S.N." referenced in Davis indictment is Defendant Nattress. (*Compare* ECF No. 58 of Case 2:14-cr-00152-TLN *with* ECF No. 1 of Case 2:15-cr-00005-MCE.)

Defendant Hair is charged by information with a scheme to commit wire fraud and with making false statements. The Government alleges, and represents that it would be prepared to prove at trial, that "Person 1" and "Person 2" described in Count One of the Hair information are Defendants Steel Davis and Sarah Nattress. (*Compare* ECF No. 58 of Case 2:14-cr-00152-TLN *with* ECF No. 1 of Case 2:18-cr-00012-MCE.) The Government indicates that the "S.N." referenced in Count Two of the Davis information is Defendant Nattress. (*Compare* ECF No. 58 of Case 2:14-cr-00152-TLN *with* ECF No. 1 of Case 2:18-cr-00012-MCE.) Further, the Government indicates that Defendant Hair has been subpoenaed as a witness by both the Government and the Defense in the upcoming trial of Steel Davis. (ECF No. 58 of Case 2:14-cr-00152-TLN.)

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). In particular, based on the foregoing, the Court concludes that it would save the parties and the Court substantial resources if all three cases were assigned to the same district judge because the cases involve common issues of fact and law, and some of the

1 | Defendants are likely to be witnesses in the trial of Defendant Davis.

2 | The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are all assigned to the same judge. No consolidation of the actions is affected. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:18-cr-00012-MCE is hereby reassigned to District Judge Troy L. Nunley for all further proceedings. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:18-cr-00012-TLN.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: 1/22/2018

Troy L. Nunley
United States District Judge